UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
www.flsb.uscourts.gov

In re:

**RAYDENE CHRISTIAN**  CASE NO.: **16-21260-LMI**

**Chapter 7**

Debtor,

_____/

## EMERGENCY MOTION TO IMPOSE THE AUTOMATIC STAY

Debtor(s), Raydene Christian, by and through the undersigned counsel and Pursuant to the Federal Rules of Bankruptcy Procedure hereby files her Emergency Motion to Impose the Automatic Stay as an Emergency because the thirty days is less than the normal time necessary to obtain a discharge. Debtor is under immediate threat of garnishment and alleges the following in support thereof:

1. A voluntary petition under Chapter 7 was filed on August 16, 2016.

2. Previous to filing the instant case, the debtor had filed a previous case which was dismissed within a year of this case. Case # 16-12266 was filed as a Chapter 7 on February 18, 2016, converted to Chapter 13 on March 8, 2016, dismissed on June 15, 2016 and has not been closed by the clerk as of today's date.

3. Pursuant to 11 U.S. Code § 362, being that this is the second case filed within a year, and having the previous case was dismissed, there is no automatic stay in place.

4. Debtor seeks to impose the automatic stay as to all creditors during the pendency of the case and proffers the following:

    a. Debtor seeks to obtain her discharge and anticipates that creditor litigation requires the imposition of the automatic stay.

5. This motion is being filed in good faith and only for the purposes listed above.

**WHEREFORE**, Debtors pray that this court issue an order (i) Imposing the Automatic Stay.

        Respectfully Submitted,
        MENDEZ LAW OFFICES, PLLC
        Attorney for Debtors
        P.O. BOX 228630
        Miami, Florida 33172
        Telephone: 305.264.9090
        Facsimile: 305.809.8474
        Email: info@mendezlawoffices.com
        By: _____/s/_____
        DIEGO GERMAN MENDEZ, ESQ.
        FL BAR NO.: 52748

Baptist Health South F
7315 Sw 87th Ave Ste 300
Miami, FL 33173

Baptist Health South F
7315 Sw 87th Ave Ste 300
Miami, FL 33173

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Carico International
2851 W Cypress Creek Rd
Fort Lauderdale, FL 33309

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Mtg
Po Box 24696
Columbus, OH 43224

Chase Mtg
Po Box 24696
Columbus, OH 43224

Citi
Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/lnbryant
Po Box 182789
Columbus, OH 43218

Comenity Bank/pier 1
4590 E Broad St
Columbus, OH 43213

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


Dsnb Bloom
9111 Duke Blvd
Mason, OH 45040


Dsnb Bloom
9111 Duke Blvd
Mason, OH 45040


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


KINGSLAND COUNTRY PROPERTY OWN
C/O DEAN, JONATHAN S
230 NE 25th Ave Ste 100
Ocala, FL 34470


MULTIBANK 2009-1 RES-ADC VENTURE, LLC
C/O Wasserstein, P.A.
301 Yamato Rd Ste. 2199
Boca Raton, FL 33431


Navient
Po Box 9655
Wilkes Barre, PA 18773


New York Community Ban
1801 E 9th St
Cleveland, OH 44114


Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266


Ocala National Bank
3001 Se Maricamp Rd
Ocala, FL 34471

Syncb/lennox-service E
C/o Po Box 965036
Orlando, FL 32896


Syncb/qvc
Po Box 965005
Orlando, FL 32896


Syncb/sams Club
Po Box 965005
Orlando, FL 32896


Target Nb
Po Box 673
Minneapolis, MN 55440


Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333


Thd/cbna
Po Box 6497
Sioux Falls, SD 57117


Unvl/citi
701 E 60th St N
Sioux Falls, SD 57117


Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306