## United States Bankruptcy Court
### Southern District of Florida

In re    **Raydene Y Christian**                                              Case No.   **16-21260**
                            Debtor(s)                                          Chapter    **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.***

**/s/ Raydene Y Christian**　　　　　　　　　　　　　　　　　Date:　　**August 19, 2016**
**Raydene Y Christian**
Signature of Attorney or Debtor

CHRISTIAN, RAYDENE Y.
Employee Number: 126603
Department Number: 94517
Advice Number: 03164616
Period Begin Date: 06/19/2016
Period End Date: 07/02/2016
Advice Date: 07/08/2016

Federal Marital Status: Single
Federal Exemptions: 00000
Additional Withholding: 0.00


Jackson HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 59.00 | 40.157 | $2,369.29 | $20,831.68 |
| Shift 3 | 59.00 | 6.000 | $354.00 | $2,758.50 |
| NP PremP | 59.00 | 2.000 | $118.00 | $1,229.00 |
| JInPtDif | 59.00 | 0.750 | $44.24 | $460.91 |
| GTL Incm | | | $1.16 | $6.55 |
| OrientDp | | | | $2,309.05 |
| OrientJH | | | | $2,128.34 |
| Weekend | | | | $191.83 |
| Shift 2 | | | | $166.00 |
| LateInNP | | | | $0.00 |
| PL NoPay | | | | $0.00 |
| UPInPINP | | | | $0.00 |
| **Total Earnings** | | | **$2,886.69** | **$30,081.86** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $2,886.69 | $30,081.86 |
| Total Pre-Tax Deductions | $102.52 | $1,013.92 |
| Total FIT Taxable | $2,784.17 | $29,067.94 |
| Total Taxes | $731.37 | $7,308.45 |
| Total After-Tax Deductions | $0.00 | $0.00 |
| Total Net Pay | $2,051.64 | $21,752.94 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxxxxx4541 | $2,051.64 |
| **Total Distributions** | | **$2,051.64** |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 13.33 |

### TAXES AND DEDUCTIONS

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| PHT EE | $86.57 | $902.27 |
| STD | $15.95 | $111.65 |
| **Total Pre-Tax Deductions** | **$102.52** | **$1,013.92** |

| TAXES | CURRENT | YTD |
|---|---|---|
| Fica | $177.98 | $1,858.15 |
| FIT | $511.76 | $5,015.73 |
| Medicare | $41.63 | $434.57 |
| **Total Taxes** | **$731.37** | **$7,308.45** |

| AFTER-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| **Total After-Tax Deductions** | **$0.00** | **$0.00** |

---


Jackson HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210
Advice No. 03164616
Date 7/8/2016
Advice Amount $ *****2,051.64

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

TO THE ORDER OF
RAYDENE Y CHRISTIAN
8665 NW 2 TERR
MIAMI, FL 33126

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

CHRISTIAN, RAYDENE Y.
Employee Number: 126603
Department Number: 94517
Advice Number: 03143332
Period Begin Date: 06/05/2016
Period End Date: 06/18/2016
Advice Date: 06/24/2016

Federal Marital Status: Single
Federal Exemptions: 00000
Additional Withholding: 0.00




Jackson HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 58.75 | 40.157 | $2,359.25 | $18,462.39 |
| Shift 3 | 58.75 | 6.000 | $352.50 | $2,404.50 |
| NP PremP | 58.75 | 2.000 | $117.50 | $1,111.00 |
| Weekend | 23.00 | 2.750 | $63.26 | $191.83 |
| JInPtDif | 58.75 | 0.750 | $44.07 | $416.67 |
| GTL Incm | | | $1.16 | $5.39 |
| LateInNP | 0.50 | | | $0.00 |
| OrientDp | | | | $2,309.05 |
| OrientJH | | | | $2,128.34 |
| Shift 2 | | | | $166.00 |
| PL NoPay | | | | $0.00 |
| UPInPINP | | | | $0.00 |
| **Total Earnings** | | | **$2,937.74** | **$27,195.17** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $2,937.74 | $27,195.17 |
| Total Pre-Tax Deductions | $104.05 | $911.40 |
| Total FIT Taxable | $2,833.69 | $26,283.77 |
| Total Taxes | $747.65 | $6,577.08 |
| Total After-Tax Deductions | $0.00 | $0.00 |
| Total Net Pay | $2,084.88 | $19,701.30 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxxxxx4541 | $2,084.88 |
| **Total Distributions** | | **$2,084.88** |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 13.33 |

### TAXES AND DEDUCTIONS

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| PHT EE | $88.10 | $815.70 |
| STD | $15.95 | $95.70 |
| **Total Pre-Tax Deductions** | **$104.05** | **$911.40** |

| TAXES | CURRENT | YTD |
|---|---|---|
| Fica | $181.15 | $1,680.17 |
| FIT | $524.14 | $4,503.97 |
| Medicare | $42.36 | $392.94 |
| **Total Taxes** | **$747.65** | **$6,577.08** |

| AFTER-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| **Total After-Tax Deductions** | **$0.00** | **$0.00** |

---

Jackson HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210
Advice No. 03143332
Date 6/24/2016
Advice Amount
$ *****2,084.88

PAY  VOID VOID VOID VOID VOID VOID VOID VOID

TO THE ORDER OF
RAYDENE Y CHRISTIAN
8665 NW 2 TERR
MIAMI, FL 33126

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**




CHRISTIAN, RAYDENE Y.

| | | | | |
|---|---|---|---|---|
| Employee Number | 126603 | Federal Marital Status | Single | |
| Department Number | 94517 | Federal Exemptions | 00000 | |
| Advice Number | 03132675 | Additional Withholding | 0.00 | |
| Period Begin Date | 05/22/2016 | | | |
| Period End Date | 06/04/2016 | | | |
| Advice Date | 06/10/2016 | | | |

Jackson HEALTH SYSTEM — 1611 N.W. 12ᵗʰ Avenue, Miami, FL. 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 59.00 | 40.157 | $2,369.29 | $16,103.14 |
| Shift 3 | 59.00 | 6.000 | $354.00 | $2,052.00 |
| NP PremP | 59.00 | 2.000 | $118.00 | $993.50 |
| JInPtDif | 59.00 | 0.750 | $44.26 | $372.60 |
| Weekend | 12.00 | 2.750 | $33.00 | $128.57 |
| GTL Incm | | | $1.16 | $4.23 |
| OrientOp | | | | $2,309.05 |
| OrientJH | | | | $2,128.34 |
| Shift 2 | | | | $166.00 |
| PL NoPay | | | | $0.00 |
| UPInPINP | | | | $0.00 |
| Total Earnings | | | $2,919.71 | $24,257.43 |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $2,919.71 | $24,257.43 |
| Total Pre-Tax Deductions | $103.51 | $807.35 |
| Total FIT Taxable | $2,816.20 | $23,450.08 |
| Total Taxes | $741.92 | $5,829.43 |
| Total After-Tax Deductions | $0.00 | $0.00 |
| Total Net Pay | $2,073.12 | $17,616.42 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxxxxx4541 | $2,073.12 |
| Total Distributions | | $2,073.12 |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. III | 11.92 |

### PRE-TAX DEDUCTIONS

| | CURRENT | YTD |
|---|---|---|
| PHT EE | $87.56 | $727.60 |
| STD | $15.95 | $79.75 |
| Total Pre-Tax Deductions | $103.51 | $807.35 |

### TAXES

| | CURRENT | YTD |
|---|---|---|
| Fica | $180.04 | $1,499.02 |
| FIT | $519.77 | $3,979.83 |
| Medicare | $42.11 | $350.58 |
| Total Taxes | $741.92 | $5,829.43 |

### AFTER-TAX DEDUCTIONS

| | CURRENT | YTD |
|---|---|---|
| Total After-Tax Deductions | $0.00 | $0.00 |

---

Jackson HEALTH SYSTEM
1611 N.W. 12ᵗʰ Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210

Advice No. 03132675
Date 6/10/2016
Advice Amount
$ *****2,073.12

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

TO THE ORDER OF: RAYDENE Y CHRISTIAN
8665 NW 2 TERR
MIAMI, FL 33126

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

**Baptist Health South Florida**

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 07/10/2016 | Advice #: | 000000005459197 |
| Pay End Date: | 07/23/2016 | Advice Date: | 07/28/2016 |

| | | | |
|---|---|---|---|
| Raydene Y Christian | Employee ID: | 23219 | |
| 8665 NW 2 Terrace | Department: | 20600-Rehabilitation | |
| Miami, FL 33126 | Location: | Baptist Hospital | |
| | Job Title: | Proficient RN | |
| | Pay Rate: | $40.230000 Hourly | |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 3 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | | | |
| Shift 2 Differential | 16.25 | 65.00 | 254.25 | 1,017.00 | | | |
| Paid Time Off | 18.25 | 734.20 | 186.25 | 7,492.84 | | | |
| Shift 3 Differential | 24.00 | 144.00 | 483.25 | 2,899.50 | | | |
| On Call Pay | 2.25 | 6.75 | 14.25 | 42.75 | | | |
| RN Premium Supp | 9.00 | 27.00 | 268.75 | 806.25 | | | |
| Regular | 22.00 | 885.06 | 551.75 | 22,197.00 | | | |
| Hospital Convenience LOA | | 0.00 | 12.00 | 0.00 | | | |
| Holiday Pay Worked | | 0.00 | 7.75 | 467.67 | | | |
| Merit Bonus | | 0.00 | | 627.59 | | | |
| Overtime FLSA | | 0.00 | | 28.93 | | | |
| PTO Cash Out | | 0.00 | 80.00 | 3,218.40 | | | |
| Entity Team Bonus | | 0.00 | | 425.00 | | | |
| **TOTAL:** | **91.75** | **1,862.01** | **1,858.25** | **39,222.93** | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 133.33 | 4,128.15 |
| Fed MED/EE | 23.71 | 519.42 |
| Fed OASDI/EE | 101.39 | 2,220.99 |
| **TOTAL:** | **258.43** | **6,868.56** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 163.00 | 2,445.00 |
| Dental | 9.81 | 147.15 |
| Vision | 5.97 | 89.55 |
| Supplemental Life | 4.23 | 63.45 |
| Supplemental AD&D | 0.58 | 8.70 |
| 403(b) | 93.10 | 1,961.13 |
| Healthcare FSA Account | 46.16 | 692.30 |
| **TOTAL:** | **322.85** | **5,407.28** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BHM Cafeteria | 5.88 | 163.77 |
| Employee Purchasing | 92.10 | 132.49 |
| Garn-Writ | 400.89 | 874.13 |
| 403(b) Loan 1 | 168.94 | 2,534.10 |
| Garn-Assignment | 0.00 | 0.00 |
| BHM Gift Shop | 0.00 | 9.08 |
| **TOTAL:** | **667.81** | **3,713.57** |

### PTO/SLB BALANCES

| | YTD | | PTO |
|---|---|---|---|
| Start Balance | 194.68 | | |
| + Earned | 79.50 | | |
| + Received | 0.00 | | |
| - Taken | 186.25 | | |
| - Cashout/Donated | 80.00 | | |
| + Adjustments | 0.00 | | |
| **End Balance** | | | **7.94** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,862.01 | 1,542.20 | 258.43 | 990.66 | 612.92 |
| YTD | 39,222.93 | 33,861.25 | 6,868.56 | 9,120.85 | 23,233.52 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005459197 | Savings | *8966 | 275.00 |
| | Checking | ********4541 | 337.92 |
| **TOTAL:** | | | **612.92** |

**MESSAGE:**



**Baptist Health South Florida**

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 06/26/2016 | Advice #: | 000000005443996 |
| Pay End Date: | 07/09/2016 | Advice Date: | 07/14/2016 |

| | | | | | TAX DATA: | Federal | FL State |
|---|---|---|---|---|---|---|---|
| Raydene Y Christian | Employee ID: | 23219 | | | Marital Status: | Single | n/a |
| 8665 NW 2 Terrace | Department: | 20600-Rehabilitation | | | Allowances: | 3 | 0 |
| Miami, FL 33126 | Location: | Baptist Hospital | | | Addl. Percent: | | |
| | Job Title: | Proficient RN | | | Addl. Amount: | | |
| | Pay Rate: | $40.230000 Hourly | | | | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Hospital Convenience LOA | 12.00 | 0.00 | 12.00 | 0.00 | Fed Withholdng | 187.10 | 3,994.82 |
| RN Premium Supp | 12.00 | 36.00 | 259.75 | 779.25 | Fed MED/EE | 29.10 | 495.71 |
| Shift 2 Differential | 16.50 | 66.00 | 238.00 | 952.00 | Fed OASDI/EE | 124.43 | 2,119.60 |
| Regular | 24.25 | 975.58 | 529.75 | 21,311.94 | | | |
| Shift 3 Differential | 31.75 | 190.50 | 459.25 | 2,755.50 | | | |
| Paid Time Off | 24.00 | 965.52 | 168.00 | 6,758.64 | | | |
| Holiday Pay Worked | | 0.00 | 7.75 | 467.67 | | | |
| Merit Bonus | | 0.00 | | 627.59 | | | |
| On Call Pay | | 0.00 | 12.00 | 36.00 | | | |
| Overtime FLSA | | 0.00 | | 28.93 | | | |
| PTO Cash Out | | 0.00 | 80.00 | 3,218.40 | | | |
| Entity Team Bonus | | 0.00 | | 425.00 | | | |
| **TOTAL:** | **120.50** | **2,233.60** | **1,766.50** | **37,360.92** | **TOTAL:** | **340.63** | **6,610.13** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | PTO/SLB BALANCES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | YTD | PTO | |
| Medical | 163.00 | 2,282.00 | BHM Cafeteria | 12.74 | 157.89 | Start Balance | 194.68 | |
| | | | Garn-Writ | 473.24 | 473.24 | + Earned | 75.17 | |
| Dental | 9.81 | 137.34 | 403(b) Loan 1 | 168.94 | 2,365.16 | + Received | 0.00 | |
| | | | Garn-Assignment | 0.00 | 0.00 | - Taken | 168.00 | |
| Vision | 5.97 | 83.58 | BHM Gift Shop | 0.00 | 9.08 | - Cashout/Donated | 80.00 | |
| Supplemental Life | 4.23 | 59.22 | Employee Purchasing | 0.00 | 40.39 | + Adjustments | 0.00 | |
| Supplemental AD&D | 0.58 | 8.12 | | | | | | |
| 403(b) | 111.68 | 1,868.03 | | | | | | |
| Healthcare FSA Account | 46.15 | 646.14 | | | | | | |
| **TOTAL:** | **341.42** | **5,084.43** | **TOTAL:** | **654.92** | **3,045.76** | **End Balance** | **21.85** | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,233.60 | 1,895.22 | 340.63 | 996.34 | 896.63 |
| YTD | 37,360.92 | 32,319.05 | 6,610.13 | 8,130.19 | 22,620.60 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005443996 | Savings | *8966 | 275.00 |
| | Checking | ********4541 | 621.63 |
| **TOTAL:** | | | **896.63** |

**MESSAGE:**


**Baptist Health South Florida**

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 06/12/2016 | Advice #: | 000000005428804 |
| Pay End Date: | 06/25/2016 | Advice Date: | 06/30/2016 |

| Raydene Y Christian | Employee ID: | 23219 | TAX DATA: | Federal | FL State |
|---|---|---|---|---|---|
| 8665 NW 2 Terrace | Department: | 20600-Rehabilitation | Marital Status: | Single | n/a |
| Miami, FL 33126 | Location: | Baptist Hospital | Allowances: | 3 | 0 |
|  | Job Title: | Proficient RN | Addl. Percent: | | |
|  | Pay Rate: | $40.230000 Hourly | Addl. Amount: | | |

### HOURS AND EARNINGS / TAXES

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| Shift 2 Differential | 16.25 | 65.00 | 221.50 | 886.00 | Fed Withholdng | 178.98 | 3,807.72 |
| Paid Time Off | 36.00 | 1,448.28 | 144.00 | 5,793.12 | Fed MED/EE | 28.58 | 466.61 |
| Shift 3 Differential | 32.00 | 192.00 | 427.50 | 2,565.00 | Fed OASDI/EE | 122.23 | 1,995.17 |
| Regular | 12.25 | 492.82 | 505.50 | 20,336.36 | | | |
| Holiday Pay Worked | | 0.00 | 7.75 | 467.67 | | | |
| Merit Bonus | | 0.00 | | 627.59 | | | |
| On Call Pay | | 0.00 | 12.00 | 36.00 | | | |
| Overtime FLSA | | 0.00 | | 28.93 | | | |
| RN Premium Supp | | 0.00 | 247.75 | 743.25 | | | |
| PTO Cash Out | | 0.00 | 80.00 | 3,218.40 | | | |
| Entity Team Bonus | | 0.00 | | 425.00 | | | |
| **TOTAL:** | **96.50** | **2,198.10** | **1,646.00** | **35,127.32** | **TOTAL:** | **329.79** | **6,269.50** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / PTO/SLB BALANCES

| Description | Current | YTD | Description | Current | YTD | | YTD | PTO |
|---|---|---|---|---|---|---|---|---|
| Medical | 163.00 | 2,119.00 | BHM Cafeteria | 5.88 | 145.15 | Start Balance | | 194.68 |
| Dental | 9.81 | 127.53 | 403(b) Loan 1 | 168.94 | 2,196.22 | + Earned | | 68.67 |
| Vision | 5.97 | 77.61 | BHM Gift Shop | 0.00 | 9.08 | + Received | | 0.00 |
| Supplemental Life | 4.23 | 54.99 | Employee Purchasing | 0.00 | 40.39 | - Taken | | 144.00 |
| Supplemental AD&D | 0.58 | 7.54 | Garn-Assignment | 0.00 | 0.00 | - Cashout/Donated | | 80.00 |
| 403(b) | 109.91 | 1,756.35 | | | | + Adjustments | | 0.00 |
| Healthcare FSA Account | 46.16 | 599.99 | | | | | | |
| **TOTAL:** | **339.66** | **4,743.01** | **TOTAL:** | **174.82** | **2,390.84** | **End Balance** | | **39.35** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,198.10 | 1,861.48 | 329.79 | 514.48 | 1,353.83 |
| YTD | 35,127.32 | 30,423.83 | 6,269.50 | 7,133.85 | 21,723.97 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005428804 | Savings | *8966 | 275.00 |
| | Checking | ********4541 | 1,078.83 |
| **TOTAL:** | | | **1,353.83** |

MESSAGE:


**Baptist Health South Florida**

| | |
|---|---|
| Pay Group: | 200-Baptist Hospital of Miami |
| Pay Begin Date: | 05/29/2016 |
| Pay End Date: | 06/11/2016 |
| Business Unit: | 20200 |
| Advice #: | 000000005413506 |
| Advice Date: | 06/16/2016 |

Raydene Y Christian
8665 NW 2 Terrace
Miami, FL 33126

| | |
|---|---|
| Employee ID: | 23219 |
| Department: | 20600-Rehabilitation |
| Location: | Baptist Hospital |
| Job Title: | Proficient RN |
| Pay Rate: | $40.230000 Hourly |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 3 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Entity Team Bonus | | 250.00 | | 425.00 |
| RN Premium Supp | 12.00 | 36.00 | 247.75 | 743.25 |
| Regular | 49.75 | 2,001.45 | 493.25 | 19,843.54 |
| Shift 2 Differential | 17.00 | 68.00 | 205.25 | 821.00 |
| Shift 3 Differential | 31.50 | 189.00 | 395.50 | 2,373.00 |
| Holiday Pay Worked | | 0.00 | 7.75 | 467.67 |
| Merit Bonus | | 0.00 | | 627.59 |
| On Call Pay | | 0.00 | 12.00 | 36.00 |
| Overtime FLSA | | 0.00 | | 28.93 |
| PTO Cash Out | | 0.00 | 80.00 | 3,218.40 |
| Paid Time Off | | 0.00 | 108.00 | 4,344.84 |
| **TOTAL:** | **110.25** | **2,544.45** | **1,549.50** | **32,929.22** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 252.96 | 3,628.74 |
| Fed MED/EE | 33.61 | 438.03 |
| Fed OASDI/EE | 143.70 | 1,872.94 |
| **TOTAL:** | **430.27** | **5,939.71** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 163.00 | 1,956.00 |
| Dental | 9.81 | 117.72 |
| Vision | 5.97 | 71.64 |
| Supplemental Life | 4.23 | 50.76 |
| Supplemental AD&D | 0.58 | 6.96 |
| 403(b) | 127.22 | 1,646.44 |
| Healthcare FSA Account | 46.15 | 553.83 |
| **TOTAL:** | **356.96** | **4,403.35** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BHM Cafeteria | 14.05 | 139.27 |
| 403(b) Loan 1 | 168.94 | 2,027.28 |
| BHM Gift Shop | 0.00 | 9.08 |
| Employee Purchasing | 0.00 | 40.39 |
| Garn-Assignment | 0.00 | 0.00 |
| **TOTAL:** | **182.99** | **2,216.02** |

### PTO/SLB BALANCES

| YTD | PTO |
|---|---|
| Start Balance | 194.68 |
| + Earned | 63.47 |
| + Received | 0.00 |
| - Taken | 108.00 |
| - Cashout/Donated | 80.00 |
| + Adjustments | 0.00 |
| **End Balance** | **70.15** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,544.45 | 2,190.53 | 430.27 | 539.95 | 1,574.23 |
| YTD | 32,929.22 | 28,562.35 | 5,939.71 | 6,619.37 | 20,370.14 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005413506 | Savings | *8966 | 275.00 |
| | Checking | ********4541 | 1,299.23 |
| **TOTAL:** | | | **1,574.23** |

MESSAGE: