IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

RAYDENE Y. CHRISTIAN,                    Case No.: 16−21260−LMI

   Debtor.                               Chapter 7
_____/

**RE-NOTICE BY MULTIBANK 2009-1 RES-ADC VENTURE, LLC OF TAKING RULE 2004 AND RULE 7034 EXAMINATION *DUCES TECUM* OF DEBTOR**

MULTIBANK 2009-1 RES-ADC VENTURE, LLC ("MULTIBANK"), by undersigned counsel, will examine the Debtor, RAYDENE Y. CHRISTIAN, under oath on **September 26, 2016 at 10:00 a.m.** at Jones Walker LLP, 201 South Biscayne Blvd, Suite 2600, Miami, Florida 33131 following the production of the documents requested in the attached document requests.

The examination is pursuant to Bankruptcy Rules 2004 and 7034 and Local Rules 2004-1 and 7034-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule Rules 2004 and 7034. Pursuant to Local Rule 2004-1 no order shall be necessary.

Interested parties are directed to contact undersigned on the day prior to the scheduled examination to confirm that the examination is going forward on the following day.

**The Debtor is directed to produce and deliver to MULTIBANK, c/o Barry S. Turner [bturner@joneswalker.com], Jones Walker LLP, 201 S. Biscayne Boulevard, Suite 2600, Miami, FL 33131, all of the documents described on the attached Schedule A on or before September 20, 2016.**

Dated: September 7, 2016          **JONES WALKER LLP**

                                  *Attorneys for MULTIBANK 2009-1 RES-ADC VENTURE, LLC*

{M1229344.1}

>201 Biscayne Blvd., Suite 2600
>Miami, Florida 33131
>Email: *bturner@joneswalker.com*
>Telephone: (305) 679-5700
>Facsimile: (305) 679-5710
>
>By: */s/ Barry S. Turner*
>    Barry S. Turner
>    Florida Bar No. 85535

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing motion is being served this day on all counsel of record and/or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

**ECF:**

- **Robert A Angueira**    trustee@rabankruptcy.com, fl79@ecfcbis.com;tassistant@rabankruptcy.com;lisa@rabankruptcy.com;lillian@rabankruptcy.com
- **Diego Mendez**    info@mendezlawoffices.com, ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**US Mail:**

Diego Mendez, Esq.
POB 228630
Miami, FL 33172
    *Attorney for Debtor*


>By: */s/ Barry Turner*
>    Barry S. Turner, Esq.

{M1229344.1}                              2

## Schedule "A"

### Definitions

As used in this request, the following words shall be defined as follows:

1) "Document" includes, but is not limited to, originals where available, or otherwise a carbon copy, xerox copy or other copy, including each non-identical copy (whether different from the original because of marginal notes, or other material inserted or attached thereto, or otherwise) of each item of correspondence, letters, memoranda, messages, telephone bills, notes, offers, orders, confirmations, contracts, agreements, reports, punch sheets, punch lists, agendas, cables, telegrams, diaries, appointment books, invoices, ledgers, returns, accounts, checks, check stubs, drafts, statements, indexes, data sheets, data processing cards, logs, worksheets, service orders, expense vouchers, maintenance records, inspection reports, licenses, permits, settlement paperwork, printing, pictures, advertisements, slides, film, microfilm, micro fiche and other written matter of every kind and character; transcripts, recording tapes, recording disks or other records of oral communications; and graphs, books, charts, tables, prospectuses, tabulations, worksheets, compilations, summaries, minutes, lists, pamphlets, brochures, drawings, renderings, diagrams, sketches, etchings, tracings, plans, blueprints, posters, periodicals, publications, bulletins, computer printouts, studies, electronic mail, information contained in electronic or computer storage media and other papers in the possession, custody or control of RAYDENE Y. CHRISTIAN, or her agents, employees, attorneys or representatives, and any and all other persons acting for, purporting to act for or subject to the control of RAYDENE Y. CHRISTIAN.

2) "You", "Your" and "Debtor" refers to Raydene Y. Christian, either individually her agents, employees, attorneys or representatives, and any and all other persons acting for, purporting to act for or subject to the control of RAYDENE Y. CHRISTIAN.

3) "And" or "Or" shall include the conjunctive as well as the disjunctive.

4) "Communications" include correspondence, discussions, telephone conversations and all other forms of written or oral communication.

## Instructions

1. List all documents withheld under any claim of privilege, or other protection from discovery in response to these requests.

2. Identify each withheld document by setting forth:

    (a) the type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction, etc.);
    (b) the date of the document;
    (c) the names of the author and each addressee;
    (d) the name, address and title of the custodian of each document not produced;
    (e) the identity of the person(s) asserting the privilege/protection claimed;
    (f) the identity of the person(s) having knowledge of the information sought;
    (g) the subject matter of the document; and
    (h) the basis upon which the privilege/protection is claimed.

3. These document requests are continuing and further supplemental responses and production shall be made and served upon counsel for Multibank if and when additional documents or communications relevant to these document requests come into your possession.

4. Unless otherwise stated, these document requests call for the production of documents created, dated, sent or received on or after January 1, 2012, through and including the present.

**Schedule of Documents to be Produced**

**NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEBTOR IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.**

1. Any and all Documents produced to the Chapter 7 trustee in this matter.

2. Any and all tax returns of any type filed by the debtor, including all amendments, addendums, attachments and schedules, including income tax returns, tangible personal property tax returns, intangible personal property income tax returns, sales tax returns, and so forth, whether made to federal, state or local government agencies, which you have filed in the last four (4) years.

3. All bank, savings, savings and loan, money market, investment account and accounts receivable books or statements for accounts in institutions representing any items in which the debtor has a legal or equitable interest or in which you have had any legal or equitable interest, within the last four (4) years.

4. All statements, deposit slips, wire transfer receipts, check registers, and canceled checks for any personal and business bank accounts, checking accounts, savings and loan accounts, savings accounts, money market accounts, stock accounts, stock escrows and for all other accounts in which the debtor has or has had a legal or equitable interest for the four (4) years immediately preceding the date of this notice.

5. Any and all credit card statements for each and every credit card in which you are listed as a signatory for the last four (4) years up to and including the Petition Date.

6. Any and all charge account statements for every charge account listed on Schedule F of Your Petition for the last four (4) years up to and including the Petition Date.

7. Any and all deeds, leases, mortgages, liens, sales contracts, or other written instruments evidencing an interest or an ownership in real property, legal or equitable, at any time, held by the debtor for the past four (4) years. This includes, but is not limited to, all account statements reflecting the current loan balance of any and all mortgages or other liens secured by these properties, including by not limited to financial statements prepared by You or on Your behalf that were submitted and any other financial statements produced to mortgage holders.

8. For all real property that was sold or transferred, either by you or to you, or by or to an entity in which you have or had any type of legal or beneficial interest, all documents demonstrating same and an itemized schedule detailing when the real property was transferred or sold, contact information for the transferee, and the amount received for the transfer or sale and

{M1229344.1}                                    5

copies of all documents evidencing the transfer of the real property including deeds and sales contracts.

9. Any and all insurance binders on any insurance policy obtained on Your real property or personal property for the last four (4) years up to and including the Petition Date.

10. Any and all bills of sale, contracts, closing statements, title policies or other written evidence of any personal or real property purchased or sold, or transferred in any manner whatsoever, including voluntarily or involuntarily, by the debtor for the past four (4) years. Such documentation would include, but not be limited to, any documentation evidencing any repossessions, replevins, garnishments, levies, or foreclosure actions.

11. Any and all motor vehicle documents including titles and registrations relating to any motor vehicles used, leased or owned (legal or equitable title) by the debtor alone or with other persons within the last four (4) years. For purposes of this request, motor vehicles include, but are not limited to, automobiles, motorcycles, trucks, construction and/or farm machinery and equipment, trailers, motor homes and mobile homes, mopeds, vans and tractors.

12. Any and all financial statements, affidavits, loan or credit applications as to debtor's personal or business assets and liabilities prepared either by you, for you, or on your behalf for the past four (4) years.

13. Any and all documents in Your possession or obtainable by You that relate to any business in which you have or had an interest for the four (4) year period up to and including the Petition Date.

14. A schedule of all personal property owned by You or in which You have had an interest of any kind (whether legal or beneficial or a combination thereof) at any time for the one (1) year period up to and including the Petition Date.

15. The declaration page(s) for all motor vehicle insurance for debtor or any automobiles in which the debtor holds or has held a legal or equitable interest at any time for the past four (4) years.

16. Any and all property insurance declaration page(s) for any property in which the debtor holds or has held a legal or equitable interest at any time for the past four (4) years.

17. The declaration page(s) for all boat and/or airplane insurance for the debtor of any boat and/or airplane in which the debtor holds or has held a legal or equitable interest at any time for the past four (4) years. Further, provide any and all documentation evidencing the debtor's ownership, either legal or equitable title, of any boats and/or airplanes, including titles, registrations, security agreements, and Federal Aviation Administration documentation.

18.     All shareholder agreements, membership agreements, partnership agreements, buy-sell agreements, and joint venture agreements to which the debtor is or has been a party that has been executed or in effect at any time for the past four (4) years.

19.     Any and all stock or bond certificates held by the debtor at any time for the past four (4) years, whether relating to a publicly or privately held entity.

20.     Any and all judgments entered in your favor within the past twenty years.

21.     Any and all minute books, articles of incorporation, by-laws, membership agreements, capital account ledgers, partnership agreements, complete state and federal tax returns for the last two (2) years of operations, bank records for the past one (1) year of operation, profit and loss statements for the last year of operations, account receivable ledgers, account payable ledgers, most recent inventory, and shareholder agreements of any corporations, limited liability companies and/or partnerships in which the debtor is or was an officer, director, member, partner or in which the debtor holds or has held any of the partnership's ownership interest, membership interest, or corporation's stock within the last four (4) years.

22.     Any and all leases to which the debtor is or has been a party, and/or guarantor, within the last four (4) years.

23.     Any and all documents relating to certificates of deposit held by the debtor for any time within the last four (4) years.

24.     Any and all documentation relating to any trust to which the debtor is, or has been within the past four (4) years, a trustee, settlor, and/or beneficiary either directly or indirectly. For purposes of this request, such documentation includes, but is not limited to, a copy of the trust agreement, tax returns filed by the trust, documentation evidencing assets of the trust and when same was transferred into the trust, and any documentation evidencing monies and/or other consideration received by the debtor from the trust for any time during the past four (4) years.

25.     A copy of the debtor's last will and testament.

26.     Any and all documents reflecting all sources of income received by the debtor during the past one year.

27.     All wage stubs, wage statements, and all other documents received by the debtor within the past year for salary wages, bonuses and commissions earned.

28.     Any and all documentation evidencing any security deposits, including the amount of same, which is being held on behalf of the debtor.

29.     Any and all documentation regarding any jewelry for which the debtor has or has had any legal or equitable ownership interest for any time within the past four (4) years. For purposes of this request, the documentation to be provided includes, but is not limited to, copies

of any and all appraisals, documentation evidencing the purchase, sale, and/or transfer of such jewelry, and any documentation evidencing insurance held on such jewelry.

30. Any and all documentation evidencing any life, accident or health insurance policies held by the debtor, including, but not limited to, the policy itself and the declaration page.

31. Any and all documents sought from you by the Trustee and/or Trustee's counsel pursuant to oral requests or correspondence.

32. Copies of any and all documents and papers of any type relating to any and all annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts owned by you for anytime during the past four (4) years through the present date. Such documentation would include, but not be limited to, actual policies themselves, contracts, statements, IRS determination letters, documentation evidencing how the annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts were purchased, as well as documentation evidencing how you have spent the funds from such annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts. In regard to documentation evidencing how the annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts were purchased, such appropriate documentation would include, but not be limited to, canceled checks, wire transfer receipts, closing statements, settlement agreements, and any other related papers.

33. Copy of Your passport, including all pages evidencing countries visited in the last ten (10) years.

34. Color photographs and an itemized schedule of the household goods and furnishings listed on line 4 of Schedule B and copies of any documents that support the scheduled valuation.

35. All documents relating to any transfers, other than property transferred within the ordinary course, to any party.

36. Any and all documents and/or correspondence relating to, regarding, or evidencing any family contributions for vehicles.

37. Any and all documents and/or correspondence relating to, regarding, or evidencing that Dale Christian your dependent.

38. Any and all documents and/or correspondence relating to, regarding, or evidencing the income of any kind of Dale Christian.

39. Any and all documents and/or correspondence relating to, regarding, or evidencing that Arla Christian your dependent.

40. Any and all documents and/or correspondence relating to, regarding, or evidencing the income of any kind of Arla Christian.

41. Any and all documents and/or correspondence relating to, regarding, or evidencing why your monthly gross wages are listed in different amounts on Schedule I (ECF#8) and your Chapter 7 Statement of Your Current Monthly Income (ECF#9).

42. Any and all documents and/or correspondence relating to, regarding, or evidencing any income from your mother and/or father.

{M1229344.1}                                         9