

ORDERED in the Southern District of Florida on September 15, 2016.

                                         Laurel M. Isicoff, Judge
                                         United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

 Raydene Y Christian                                         Case No.: 16-21260-LMI
                                                             Chapter: 7

Debtor,
_____/

ORDER GRANTING EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY
PURSUANT TO §362(c)(3)(B)

**THIS CAUSE** came before the Court upon *Debtor's Emergency Motion to Extend the Automatic Stay Pursuant to* §362(c)(3)(B) **( DE # 7)** ("the Motion") heard on September 12, 2016 at 2:30 p.m. The Court, having reviewed the Motion, Court files and having heard the arguments of counsel,

**ORDERS** and **ADJUDGES** as follows:

1. The Motion is GRANTED,

2. Stay is extended.  Court reserves on ruling on bad faith.

     ###
Submitted by:

MENDEZ LAW OFFICES, PLLC
Attorney for Debtors
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com


By: _____s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

   ###

Attorney Mendez shall serve a conformed copy of this Order to all interested parties and file a Certificate of Service.