UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :       CASE NO.: 16-21260-LMI
                                                    :
RAYDENE Y. CHRISTIAN,                               :       CHAPTER 7
                                                    :
      Debtor.                                       :
_____/

**TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY
NUNC PRO TUNC TO SEPTEMBER 16, 2016**

Trustee, ROBERT A. ANGUEIRA, respectfully requests an order of the court authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. to represent the Trustee in this case and states:

1. It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2. The attorney does not hold or represent any interest adverse to the estate and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

3. Attached to this motion is the proposed attorney's affidavit demonstrating Yanay Galban and Robert A. Angueira, P.A. are disinterested as required by 11 U.S.C. Section 327(a) and a verified statement as required under Bankruptcy Rule 2014.

4. The attorney has agreed to be compensated in accordance with 11 U.S.C. Section 330.

5. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to, the debtor, creditors and other parties.

CASE NO.: 16-21260-LMI

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. Nunc Pro Tunc to September 16, 2106, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

DATED this __16__ day of September, 2016.

Respectfully submitted,

_____
ROBERT A. ANGUEIRA, TRUSTEE
6495 S.W. 24TH STREET
MIAMI, FL 33155
(305) 263-3328

2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                            :    CASE NO.: 16-21260-LMI
                                                  :
RAYDENE Y. CHRISTIAN,                             :    CHAPTER 7
                                                  :
Debtor.                                           :
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA          )
                           ss:
COUNTY OF MIAMI – DADE  )

YANAY GALBAN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida and a member in good standing since 2013.

2. I certify that I have never been disbarred or suspended from practicing law in the State of Florida.

4. I am an employee of the Robert A. Angueira, P.A. law firm with an office located at 6495 S.W. 24th Street, Miami, FL 33155. I have principal responsibility for the representation of the Trustee in this matter.

5. Neither I nor the Robert A. Angueira, P.A. have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the U.S. Trustee.

6. Neither I nor the Robert A. Angueira, P.A. hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. Section 327(a).

CASE NO.: 16-21260-LMI

7.  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
YANAY GALBAN, ESQUIRE

SWORN TO AN SUBSCRIBED before me this 16 day of September, 2016. The Affiant is personally known to me and did take an oath.

_____
Notary Public

My Commission Expires:

[Notary Seal: LILLIAN TARAFA, MY COMMISSION EXPIRES March 13, 2017, #EE 855885, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

CASE NO.: 16-21260-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 16 day of September, 2016, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 16 day of September, 2016, to:

- Robert A Angueira trustee@rabankruptcy.com, fl79@ecfcbis.com tassistant@rabankruptcy.com lisa@rabankruptcy.com lillian@rabankruptcy.com

- Diego Mendez info@mendezlawoffices.com, ana.solano@mendezlawoffices.com mlolawbestcase@gmail.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Barry Seth Turner bturner@joneswalker.com, mvelapoldi@joneswalker.com tsnow@joneswalker.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com

By _____
YANAY GALBAN
Florida Bar No. 105146

3