

**ORDERED in the Southern District of Florida on October 17, 2016.**

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

RAYDENE Y. CHRISTIAN,                                Case No.: 16-21260-LMI

　　　Debtor.                                         Chapter 7
_____/

**ORDER SUSTAINING MULTIBANK 2009-1 RES-ADC VENTURE, LLC'S
<u>LIMITED OBJECTION TO EXEMPTIONS</u>**

THIS CAUSE came before the Court on October 13, 2016 upon Multibank 2009-1 RES-ADC Venture, LLC's Limited Objection to Debtor's Claimed Exemption (ECF#33) (the "<u>Objection</u>"). Upon consideration of the Objection, after hearing argument for counsel and being otherwise advised on the premises, the Court **ORDERS** and **ADJUDGES** as follows:

1. For the reasons stated on the record in open court, the Objection is **SUSTAINED**.

2. The Debtor's bank accounts listed on Schedule B (ECF#8) as (a) Saving account # 6849 at BB&T Bank valued in the amount of $4,198.35; (b) Checking account # 5450 at Bank

{M1247497.1}

Of Americ valued in the amount of $33.12; (c) Checking account # 4541 at Bank Of America valued in the amount of $53.70; and (d) Checking account # 5727 at Bank Of America valued in the amount of $437.08 are non-exempt assets of the Debtor's bankruptcy estate.

####

Submitted by:

Barry S. Turner, Esq.
Jones Walker LLP
201 S. Biscayne Blvd.
Suite 2600
Miami, FL 33131
(305) 679-5700
(305) 679-5710 (fax)
bturner@joneswalker.com

Attorney Barry S. Turner shall serve a copy of this Order upon receipt of same on all parties entitled to service and shall file a Certificate of Service with the Court.

{M1247497.1}