UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 16-21260-LMI |
| RAYDENE Y. CHRISTIAN, | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | | |

**AGREED EX PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE**

The undersigned counsel to Trustee, Robert A. Angueira, moves this Court for the entry of an Agreed Order extending the deadlines for filing objections to the Debtor's claimed exemptions and objecting to discharge, in this case and in support there of states:

1. This is a voluntary Chapter 7 case which was commenced by the Debtor on August 16, 2016, and Robert A. Angueira was appointed to serve as the Chapter 7 Trustee.

2. The 341 Meeting of Creditors in connection with this case was held on September 15, 2016.

3. The Trustee requires additional time in which to investigate the financial dealings of the Debtor, the current market of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

4. The current deadline for filing objections to claimed exemptions in connection with this case is December 14, 2016. The Trustee requests a 30 day extension of this deadline to January 13, 2017.

5. The current deadline for filing objections to the Debtor's discharge in connection with this case is January 13, 2017. The Trustee requests a 30 day extension of this deadline to February 12, 2017.

CASE NO.: 16-21260-LMI

6. F.R.B.P 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

7. The assistant to the undersigned received confirmation from Diego Mendez, Esq. (Debtor's Attorney) December 13, 2016, that they had no objections to extending the deadlines to object to claim exemptions and to object to the Debtor's discharge by 30 days.

WHEREFORE, Robert A. Angueira, Trustee, moves this Court for the entry of an Agreed Order extending the deadline for filing objections to the Debtor's claimed exemptions to January 13, 2017, and extending the deadline for filing objections to the Debtor's discharge to February 12, 2017, together with any other relief the Court deems appropriate under the facts.

Dated**:** December 13, 2016

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com,

By  /s/ Yanay Galban, Esq.
    YANAY GALBAN
    Florida Bar No. 105146

2

CASE NO.: 16-21260-LMI

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 13th day of December, 2016, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 13th day of December, 2016, to:

- Robert A Angueira trustee@rabankruptcy.com, fl79@ecfcbis.com tassistant@rabankruptcy.com lisa@rabankruptcy.com lillian@rabankruptcy.com

- Diego Mendez info@mendezlawoffices.com, ana.solano@mendezlawoffices.com mlolawbestcase@gmail.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Barry Seth Turner bturner@joneswalker.com, mvelapoldi@joneswalker.com tsnow@joneswalker.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com,

By  _/s/ Yanay Galban, Esq._
    YANAY GALBAN
    Florida Bar No. 105146

3