UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 16-21260-LMI |
| | : | |
| RAYDENE Y. CHRISTIAN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

**TRUSTEE'S OBJECTION TO CLAIM**

> **IMPORTANT NOTICE TO CREDITORS:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.
>
> If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve (mail) a copy to the Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.
>
> Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Room 150, Miami, FL 33128.

Pursuant to FRBP 3007 and Local Rule 3007-1, the Trustee objects to the following claims filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2-1 | Rialto Capital Advisors, LLC<br>Lawrence Pecan, Esq.<br>700 NW 107 Ave. #400<br>Miami, FL 33172 | $140,133.03 | **Objection:** Claim No. 2-1 was filed by the Creditor Rialto Venture Advisors and was filed as a secured claim in the amount of $140,133.03. The Trustee submits that the collateral securing this claim was not administered by the Trustee. In addition, the asset to which this claim is attached was part of the Adversary Case #16-01676 that was dismissed as part of the stipulation. On this basis, the Trustee objects to this |

| | | | |
|---|---|---|---|
| | | | claim being classified as a secured claim.<br><br>**Recommended Disposition:** Trustee requests that Claim No. 2-1 be re-classified as a general unsecured claim. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed on this 11th day of April, 2017 to: the creditors listed in the Objection to Claim as follows:

Rialto Capital Advisors, LLC
Lawrence Pecan, Esq.
700 NW 107 Ave. #400
Miami, FL 33172

**I CERTIFY THAT** a copy of the foregoing was served via the Notice of Electronic Filing on this 11th day of April, 2017, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com raa@trustesolutions.net tassistant@rabankruptcy.com richard@rabankruptcy.com lillian@rabankruptcy.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Diego Mendez    info@mendezlawoffices.com, ana.solano@mendezlawoffices.com mlolawbestcase@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lawrence E Pecan    lawrence.pecan@rialtocapital.com, lpecan@gmail.com
- Barry Seth Turner    bturner@joneswalker.com, mvelapoldi@joneswalker.com tsnow@joneswalker.com

Dated:   April 11, 2017

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail trustee@rabankruptcy.com

By _____/s/_____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241