UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                            Case No. 16-21260-LMI

                                                                         Chapter 7

RAYDENE CHRISTIAN,

        Debtor.
_____/

**OBJECTION TO CLAIM 1-1 OF NAVIENT PC TRUST**

**IMPORTANT NOTICE TO CREDITORS: THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve (mail) a copy to the creditor OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Room 150, Miami, FL 33128.

MULTIBANK 2009-1 RES-ADC VENTURE, LLC, (*"**Multibank**"*) objects to the following claim as follows:

| Claim No. | Creditor and Address | Amount of Claim | Objection and Requested Disposition |
|---|---|---|---|
| 1-1 | Navient PC Trust<br>C/O Navient Solutions, Inc<br>PO BOX 9640<br>wilkes-barre, PA 18773-9640 | $19,063.15 | 1- The note references a slightly different name than the debtor in this case and is therefore unenforceable against the debtor.<br><br>2- The documents attached to the claim evidence a claim in the amount of $8,000 and there is no statement as required under Rule 3001(a)(2) that would evidence any additional amounts.<br><br>3- The documents attached to the claim are partially redacted, and may evidence what appears to be a contingent student loan obligation guaranty, which may be performing. To that end, the claim should be estimated at $0.<br><br>RECOMMENDED DISPOSITION<br><br>That claim 1-1 be STRICKEN and DISALLOWED |

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the of the foregoing was served on Navient PC Trust by US Mail to

Navient PC Trust

C/O Navient Solutions, Inc

PO BOX 9640

wilkes-barre, PA 18773-9640

on April 14, 2014.

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire