UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                          :         CASE NO.: 16-21260-LMI
                                                :
RAYDENE Y. CHRISTIAN,                           :         CHAPTER 7
                                                :
Debtor.                                         :
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1.      On January 4, 2017, the Trustee filed a Motion to Approve Stipulation (D.E. #64), which allowed the Debtor to repurchase their non-exempt assets in the amount of $20,000.00 attributable to the real property with address of 2471 Briarwood Ct., Villa Rica, GA, the transfer of funds, the household goods and furnishings and the 2016 Income Tax Refund.

2.      On February 16, 2017, the Court entered an Order Granting motion to Approve Stipulation (D.E. #75).

3.      The Trustee has received all funds owed to the estate from the Debtor.


                                ROBERT A. ANGUEIRA
                                16 SW 1st Avenue
                                Miami, FL 33130
                                Tel. (305) 263-3328
                                e-mail rangueir@bellsouth.net


                        By _____
                                ROBERT A. ANGUEIRA
                                Chapter 7 Trustee
                                Florida Bar No. 0833241

Case No.: 16-21260-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 25th day of April, 2017, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 25th day of April, 2017, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com raa@trustesolutions.net tassistant@rabankruptcy.com richard@rabankruptcy.com lillian@rabankruptcy.com

- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com

- Diego Mendez    info@mendezlawoffices.com, ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Lawrence E Pecan    lawrence.pecan@rialtocapital.com, lpecan@gmail.com

- Barry Seth Turner    bturner@joneswalker.com, mvelapoldi@joneswalker.com;tsnow@joneswalker.com

ROBERT A. ANGUEIRA
16 SW 1st Avenue
Miami, FL
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com

By _____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241

2