

**ORDERED in the Southern District of Florida on June 5, 2017.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Case No. 16-21260-LMI

                                                                 Chapter 7

RAYDENE CHRISTIAN,

       Debtor.
_____/

## ORDER SUSTAINING OBJECTION
## TO CLAIM 1-1 OF NAVIENT PC TRUST

     This matter having been considered without hearing upon MULTIBANK 2009-1 RES-ADC VENTURE, LLC's (*"Multibank"*) Objection to Claim[s] [DE #81], and the objector by submitting this

form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

ORDERED that Multibank's objection to the following claim is sustained:

| Claim No. | Creditor and Address | Amount of Claim | Disposition |
|---|---|---|---|
| 1-1 | Navient PC Trust C/O Navient Solutions, Inc PO BOX 9640 wilkes-barre, PA 18773-9640 | $19,063.15 | Claim 1-1 is STRICKEN and DISALLOWED |

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).